UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   07-cr-00275-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

14.    ADRIAN ALLEN ROMERO,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on September 7, 2010.  A Change of Plea hearing is set for **Tuesday, October 26, 2010 at 3:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Consistent with Mr. Romero's request in his Notice, all pending motions submitted by Defendant Romero are hereby **WITHDRAWN**.

    The motions hearing set for Wednesday, September 8, 2010 is hereby **VACATED**.

    Dated: September 7, 2010